Fill in this information to identify the case:

Debtor name: **Longhorn Junction Land and Cattle Company LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known): **21-10003**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Griffin Harris PLLC<br>Attn: Mason Griffin<br>8144 Walnut Hill Lane 1080<br>Dallas, TX 75231 | | Professional services | | | | $11,453.75 |
| Halff Associates Project<br>PO Box 678316<br>Dallas, TX 75267 | | Professional services | | | | $10,270.00 |
| Linzy and Thigpen<br>PO Box 428<br>Temple, TX 76503 | (254) 7731663 | Professional services | | | | $25,258.84 |